# Court of Appeals
# of the State of Georgia

ATLANTA, December 07, 2012

*The Court of Appeals hereby passes the following order:*

## A13D0131. CHARLES OLIVER WILLIAMSON, III v. SUSAN MARIE WILLIAMSON.

Charles and Susan Williamson divorced in 2009. Pursuant to the final divorce decree, the parties were given joint custody of their two minor daughters, and Charles was ordered to pay child support. He later petitioned to modify the custody and support arrangements. The trial court entered an order increasing his parenting time and decreasing his support obligation. Charles applied to this Court for discretionary review, seeking to challenge only the child support provisions of the trial court's order.

Although the Court of Appeals may review cases relating solely to child custody, the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6). In Georgia, when the obligation to pay child support arises from a prior divorce proceeding, child support is a form of alimony. See *Spurlock v. Dept. of Human Resources*, 286 Ga. 512, 513 (1) (690 SE2d 378) (2010); *Jones v. Jones*, 280 Ga. 712, 715-716 (2) (632 SE2d 121) (2006). Jurisdiction over actions to modify a divorce decree's child support provisions lies in the Supreme Court. See *Stowell v. Huguenard*, 288 Ga. 628 (706 SE2d 419) (2011). Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 12/07/2012
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*